UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE


Scott Kimball

    v.                                Civil No. 08-cv-00154-JL

Bonk Air Transport, Inc.


**O R D E R**


    The Preliminary Pretrial Conference was held in chambers on **August 1, 2008.**

    The Discovery Plan (document no. 10) is **approved** as submitted, although counsel for both parties view settlement as highly likely, and intend to engage in informal, expedited discovery to attempt an early settlement.


    **SO ORDERED.**

                                 _____
                                   Joseph N. Laplante
                                   United States District Judge


Dated:  August 1, 2008

cc:  David P. Slawsky, Esq.
     Karyn P. Forbes, Esq.