UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

_____
)
Scott Kimball )
 )
　　　　　　　　　Plaintiff, )
　　v. )
 )
 ) 1:08-cv-154-JM
Bonk Air Transport, Inc. )
 )
 )
　　　　　　　　　Defendant. )
_____)

## JOINT STIPULATION OF DISMISSAL

　　　Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41.1, plaintiff Scott Kimball, and defendant Bonk Air Transport, Inc. hereby stipulate that all claims in this action shall be, and hereby are, dismissed with prejudice and without costs to either party.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　Bonk Air Transport, Inc.
　　　　　　　　　　　　　　　　　　By Its Attorneys,
　　　　　　　　　　　　　　　　　　SHAHEEN & GORDON, P.A.

March 11, 2009　　　　　　　　By: /s/ Karyn P. Forbes #834_
　　　　　　　　　　　　　　　　　　Karyn P. Forbes, Esq.
　　　　　　　　　　　　　　　　　　NH Bar No. 834
　　　　　　　　　　　　　　　　　　107 Storrs Street
　　　　　　　　　　　　　　　　　　P.O. Box 2703
　　　　　　　　　　　　　　　　　　Concord, NH 03302-2703
　　　　　　　　　　　　　　　　　　(603) 225-7262

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　Scott Kimball,
　　　　　　　　　　　　　　　　　　By His Attorneys,
　　　　　　　　　　　　　　　　　　NIXON, RAICHE, VOGELMAN, BARRY &
　　　　　　　　　　　　　　　　　　SLAWSKY, P.A.

March 11, 2009　　　　　　　　By: /s/ David P. Slawsky #6591
　　　　　　　　　　　　　　　　　　NH BarNo. 6591
　　　　　　　　　　　　　　　　　　77 Central Street
　　　　　　　　　　　　　　　　　　Manchester, NH 03101
　　　　　　　　　　　　　　　　　　(603) 669-7070

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing JOINT STIPULATION FOR DISMISSAL was served on this 11th day of March 2009, and in the manner specified herein:

Electronically Served Through ECF:

David P. Slawsky, Esq., slawsky@comcast.net


March 11, 2009                By: /s/ Karyn P. Forbes, #834
                                         Karyn P. Forbes, Esq.
                                           New Hampshire Bar No. 834